FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR PEREZ-SANDOVAL,<br><br>Defendant. | CASE NO. SA CR 08-0022 JVS<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✔)  the appearance of defendant as required; and/or

(B)  (✔)  the safety of any person or the community.

//

//

The court concludes:

A. (✔) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

He is *not* a repeat offender. Defendant has a prior criminal history and a prior probation violation. The instant violation strengthens the Court's conclusion.

(B) (✔) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant is unable to follow court order. Defendant also lacks sufficient ties to the Central District of California.

IT IS ORDERED that defendant be detained.

DATED: June 30, 2010

                                     _____
                                     HONORABLE JAY C. GANDHI
                                     UNITED STATES MAGISTRATE JUDGE